UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

|  |  |  |
|---|---|---|
| NEXTEEL CO., LTD., et al., | ) | |
| *Plaintiffs*, | ) ) ) | |
| v. | ) ) | |
| UNITED STATES, | ) ) | Consol. Court No. 20-03868 |
| *Defendant*, | ) ) | **PUBLIC DOCUMENT** |
| and | ) ) ) | |
| WHEATLAND TUBE COMPANY and NUCOR TUBULAR PRODUCTS INC., | ) ) ) | |
| *Defendant-Intervenors.* | ) ) | |

## DEFENDANT-INTERVENORS' COMMENTS IN PARTIAL OPPOSITION TO REMAND REDETERMINATION

| | |
|---|---|
| Roger B. Schagrin, Esq. | Alan H. Price, Esq. |
| Elizabeth J. Drake, Esq. | Robert E. DeFrancesco, III, Esq. |
| SCHAGRIN ASSOCIATES | Theodore P. Brackemyre, Esq. |
| 900 Seventh Street, N.W. | Paul A. Devamithran, Esq. |
| Suite 500 | WILEY REIN LLP |
| Washington, DC 20001 | 2050 M Street, NW |
| (202) 223-1700 | Washington, DC 20036 |
| *Counsel to Wheatland Tube Company* | (202) 719-7000 |
| | *Counsel to Nucor Tubular Products Inc.* |

December 3, 2021

Defendant-intervenors Wheatland Tube Company ("Wheatland") and Nucor Tubular Products Inc. ("Nucor Tubular") hereby submit their comments in partial opposition to the U.S. Department of Commerce's ("Commerce") Redetermination Pursuant to Court Remand ("Remand Redetermination") (ECF No. 54) in the above-captioned action.

In its Remand Redetermination, Commerce continued to find that a particular market situation existed in Korea during the period of review that distorted the price of hot-rolled coil, the principal material input for the production of the subject merchandise, based on the totality of circumstances described in the final results. Remand Determination at 4. Wheatland and Nucor Tubular agree with this aspect of Commerce's determination.

However, because this Court ruled that Commerce is not permitted to make a particular market situation adjustment to the cost of production as an alternative calculation methodology when using normal value based on home market sales, *Nexteel Co., Ltd., et al. v. United States*, Consol. Court No. 20-03868, Slip Op. 21-132 at 16 (CIT September 27, 2021), Commerce was forced on remand to abandon any attempt to provide a remedy for the particular market situation found to exist. Remand Determination at 4 – 5.

Because Wheatland and Nucor Tubular respectfully disagree with this Court's holding that the statute does not permit an adjustment to the cost of production to account for a particular market situation when normal value is based on home market sales, as detailed in our response brief (ECF No. 41), we also disagree with this aspect of Commerce's remand determination. We recognize, however, that Commerce had no choice but to comply with this Court's order. We therefore support Commerce's decision to submit the remand determination under respectful protest. Remand Determination at 5.

Please contact the undersigned with any questions regarding this submission.

Respectfully submitted,

*/s/ Elizabeth J. Drake*
Roger B. Schagrin, Esq.
Elizabeth J. Drake, Esq.
SCHAGRIN ASSOCIATES
*Counsel to Wheatland Tube Company*

*/s/ Robert E. DeFrancesco, III*
Alan H. Price, Esq.
Robert E. DeFrancesco, III, Esq.
Theodore P. Brackemyre, Esq.
Paul A. Devamithran, Esq.
WILEY REIN LLP
*Counsel to Nucor Tubular Products Inc*.

December 3, 2021