UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:  THE HONORABLE JENNIFER CHOE-GROVES

| | |
|---|---|
| NEXTEEL CO., LTD. et al.,<br><br>*Plaintiff and Consolidated Plaintiffs*,<br><br>and<br><br>HYUNDAI STEEL COMPANY,<br><br>*Plaintiff-Intervenor,*<br>v.<br><br>UNITED STATES,<br><br>*Defendant,*<br><br>and<br><br>WHEATLAND TUBE COMPANY and<br>NUCOR TUBULAR PRODUCTS INC.,<br><br>*Defendant-Intervenors.* | Court No.  20-03868<br>(consol.) |

### NEXTEEL CO., LTD.'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff NEXTEEL Co., Ltd. respectfully provides this notice of supplemental authority concerning the recent decision of the U.S. Court of Appeals for the Federal Circuit ("CAFC") in *Hyundai Steel Company v. United States*, Court No. 2021-1748 (Fed. Cir. Dec. 10, 2021), which is directly relevant to the central issue in the above-referenced action.  The opinion is attached for the Court's convenience.

In the *Hyundai Steel* decision, the CAFC affirmed this court's opinion in *Husteel Co., Ltd. v. United States*, Consol. Court No. 18-00169, holding that the statute does not authorize Commerce to apply a particular market situation adjustment to a respondent's costs of production for purposes of the sales-below-cost test within 19 U.S.C. § 1677b(b).  The CAFC, like this

1

Court before it, determined that Congress clearly limited Commerce's authority to apply particular market situation adjustments to calculations based on constructed value within 19 U.S.C. § 1677b(e).

The CAFC's decision is directly relevant to the instant proceeding, in which Commerce also applied a particular market situation adjustment to respondents' costs for purposes of the sales-below-cost test. In light of the *Hyundai Steel* decision, Federal Circuit precedent confirms that such an adjustment is unlawful.

                                                Respectfully submitted,

                                                /s/ J. David Park

                                                J. David Park
                                                Henry D. Almond
                                                Daniel R. Wilson
                                                Leslie C. Bailey
                                                Kang Woo Lee

                                                *Counsel to NEXTEEL Co., Ltd.*

                                                ARNOLD & PORTER KAYE SCHOLER LLP
                                                601 Massachusetts Avenue, N.W.
                                                Washington, D.C.  20001
                                                Phone:  (202) 942-5000
                                                Fax:  (202) 942-5999

Dated:  December 14, 2021